IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **FRANCIS HORN ,** | NO. CIV S-05-0814 MCE KJM |
| Plaintiff, | **ORDER [PROPOSED]** |
| v. | |
| **STATE OF CALIFORNIA, et al. ,** | |
| Defendants. | |

On April 27, 2005, Defendant filed a motion to dismiss in the above-entitled case. Through inadvertence or electronic failure, the motion was filed in *(HC) Jackson v. Kernan, et al.*, bearing a similar case number (CIV S-05-00081 FCD-KJM) rather than this case number (CIV S-05-00814 MCE KJM).

Subsequent corrective measures to cure technical filing problems proved unsuccessful. Defendant seeks an order that their motion be filed *nunc pro tunc*, on April 27, 2005.

**IT IS SO ORDERED.** Defendant's motion to dismiss, filed again, pursuant to Court order on May 6, 2005, shall be deemed filed April 27, 2005, *nunc pro tunc*.

Dated: May 12, 2005.

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1