IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANCIS HORN,                           No. CIV-S-05-0814 MCE/KJM

     Plaintiff,

  v.                                    ORDER

STATE OF CALIFORNIA, ET AL.,

     Defendants.
_____/

    On April 27, 2005, Defendant filed a motion to dismiss in the above-entitled case.  Through inadvertence or electronic failure, the motion was filed in *(HC) Jackson v. Kernan, et al.*, bearing a similar case number (CIV S-05-00081 FCD-KJM) rather than this case number (CIV S-05-00814 MCE KJM).

    Subsequent corrective measures to cure technical filing problems proved unsuccessful.  Defendant seeks an order that their motion be filed *nunc pro tunc*, on April 27, 2005.

///

///

///

///

1

1 **IT IS SO ORDERED.** Defendant's motion to dismiss, filed
2 again, pursuant to Court order on May 6, 2005, shall be deemed
3 filed April 27, 2005, *nunc pro tunc*.
4 DATE: May 16, 2005

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2