WILLIAM E. GILG
Attorney at Law # 151991
305 San Bruno Avenue West
San Bruno, CA  94066
(650) 571-8647
(650) 873 3168 (fax)

Attorney for Plaintiff,
FRANCIS HORN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCIS HORN<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF CALIFORNIA, ET AL.<br><br>Defendants. | Case No. CIV S-05-00814 MCE KJM<br><br>COURT ORDER RE STIPULATION TO CONTINUE RULE 12 MOTION HEARING DATE; ORDER<br><br>[Local Rules 83-143; 78-230(g)] |

Plaintiff Francis Horn and Defendant State of California, the only defendant who has appeared in this action, through their respective attorneys, having agreed and stipulated to continue the Rule 12 motion hearing date in this action, currently set for June 20, 2005 at 9:00 AM in Courtroom 3, before the Honorable Morrison C. England, Jr., presiding, to July 25, 2005 at 9:00 AM in Courtroom 3. The parties have also agreed and stipulated that plaintiff's opposition to said Rule 12 motion will be served and filed pursuant to Local Rule 78-230 (c).

///

///

-1-

1  FOR GOOD CAUSE SHOWN IT IS SO ORDERED THAT:

2  The Rule 12 motion hearing date in the-above-entitled action,
3  currently set for June 20, 2005 at 9:00 AM in Courtroom 3, The Honorable
4  Morrison C. England, Jr., presiding, is continued to July 25, 2005 at 9:00
5  AM in Courtroom 3.

6  IT IS ALSO ORDERED THAT plaintiff's opposition to said Rule 12
7  motion will be served and filed pursuant to Local Rule 78-230(c).

8
9  IT IS SO ORDERED
10
11 Dated:  June 7, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE