UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----

| | |
|---|---|
| FRANCIS HORN, an individual, | No. 2:05-cv-0814-MCE-KJM |
| Plaintiff, | |
| v. | MEMORANDUM AND ORDER |
| STATE OF CALIFORNIA; CALIFORNIA DEPARTMENT OF CORRECTIONS; ASSOC. WARDEN K.M. CHASTAIN, individually; CHIEF DEPUTY WARDEN STILES, individually; CORRECTIONAL OFFICE J. GRADY, individually; MTA W. VAN SANDT, individually; RN T. MEEKS, individually; RN G. LAUCIRICA, individually; RN J. MARSTON, individually; FRANK CHRISTIAN, individually, and DOES 1 through 250, inclusive, | |
| Defendants. | |

----oo0oo----

Plaintiff Francis Horn's counsel of record in this case, William E. Gilg (hereinafter "counsel"), seek to withdraw as Plaintiff's attorney on grounds that Plaintiff has not honored her contractual obligation to pay attorney's fees as specified in her written engagement agreement with counsel.

1

1  Plaintiff received notice of this motion in accordance with the
2  provisionsof Local Rule 83-182(b) and has submitted no opposition
3  to the motion.  Defendants State of California, Stiles, Chastain,
4  Grady, Marston, Meeks and Van Sandt filed a joint Statement of
5  non-opposition to counsel's request on March 6, 2007.
6      Because counsel's request is both procedurally correct and
7  unopposed, the Motion to Withdraw is GRANTED.[1]  William E. Gilg
8  is relieved as counsel of record for Plaintiff effective upon the
9  filing of proof of service of this signed order on Plaintiff. All
10 future correspondence shall be delivered to Plaintiff's last know
11 address.
12     IT IS SO ORDERED.
13 Dated: June 21, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Because oral argument will not be of material assistance, the Court orders this matter submitted on the briefing.  E.D. Cal. Local Rule 78-230(h).

2