IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANCIS HORN,

      Plaintiff,                                   No. CIV 05-814 MCE KJM

    vs.

STATE OF CALIFORNIA, et al.,

      Defendants.                          <u>ORDER</u>

_____/

        Defendant's motion to compel deposition of plaintiff came on regularly for hearing. No appearance was made for plaintiff. Rebecca Bach appeared for defendants. Upon review of the documents in support, no opposition having been filed, upon hearing the arguments of counsel, and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

        1. The motion to compel is granted. Plaintiff shall appear for deposition at the time and place noticed by defendants. Plaintiff is cautioned that failure to appear for deposition may result in a recommendation that this action be dismissed.

/////

/////

/////

/////

1

1  2. An award of expenses is deferred at this time. Plaintiff is advised that failure
2 to appear at deposition will result in an award of expenses to defendant for costs incurred in
3 connection with the present motion.
4 DATED: June 23, 2008.

_____
U.S. MAGISTRATE JUDGE

006
horn.oah