IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANCIS HORN,

      Plaintiff,                    No. CIV S-05-0814 MCE KJM

      vs.

STATE OF CALIFORNIA, et al.,

      Defendants.            <u>ORDER</u>

_____/

      Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

      On October 6, 2008, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within ten days. No objections to the findings and recommendations have been filed.

      The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

      1. The findings and recommendations filed October 6, 2008, are adopted in full;

      2. This action is dismissed with prejudice; and

1

3. Reasonable expenses are awarded in the amount $1,819.40 against plaintiff to defendants.

Dated: December 5, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2